IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THON NGOT SANG,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**A. K. SCRIBNER, et al.,**<br><br>                                        Defendants. | 1:07-cv-01759-OWW-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>DOCUMENT #19 |

Defendants' request for an extension of time to respond to Plaintiff's First Amended Complaint was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted thirty days, to and including March 11, 2009, to respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

    Dated:   **February 4, 2009**              **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1