# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THON NGOT SANG, | CASE NO. 1:07-cv-01759-OWW DLB PC |
| Plaintiff, | ORDER STRIKING DOCUMENT |
| v. | (Doc. 28) |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

Plaintiff Thon Ngot Sang ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Scribner, Flores, Torres, Ybarra filed an answer to the first amended complaint on March 11, 2009. (Doc. 21). On April 13, 2009, Plaintiff filed a response/reply to the answer. (Doc. 28).

Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the court requiring one. Fed. R. Civ. P. 7(a). In this case, the court did not order a reply to the answer.

Accordingly, plaintiff's reply to defendant's answer, filed April 13, 2009, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **April 14, 2009**          /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1