# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THON NGOT SANG,<br><br>        Plaintiff,<br><br>   v.<br><br>A. K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:07-cv-01759-OWW-DLB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS, DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT, AND GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT WITHIN **THIRTY (30)** DAYS<br><br>(Docs. 41, 43) |

      Plaintiff Thon Ngot Sang ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On October 16, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  Plaintiff filed a statement of non-opposition to the Findings and Recommendations on November 19, 2009.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1          Accordingly, IT IS HEREBY ORDERED that:

2          1)      The Findings and Recommendations, filed October 16, 2009, is adopted in full;

3          2)      Defendants' motion to dismiss, filed on May 19, 2009, is granted as stated in the

4                  Findings and Recommendations;

5          3)      Plaintiff's first amended complaint, filed on October 24, 2008, is dismissed; and

6          4)      Plaintiff is granted leave to file a second amended complaint, curing the

7                  deficiencies identified in the Findings and Recommendations. within **thirty (30)**

8                  **days** from the date of service of this order.  Plaintiff is warned that the failure to

9                  comply with this order will result in dismissal of this action for failure to obey a

10                 court order and failure to state a claim upon which relief may be granted.

11  IT IS SO ORDERED.

12  **Dated:    November 24, 2009**                    **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE